JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA ORTIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | Case No. 2:20-CV-04636 DSF (JPRx)<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff MARIA ORTIZ for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein.  This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 20STCV07540.

　　　IT IS SO ORDERED.

DATED: December 22, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE